```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Google LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>Zubair Saeed; Raheel Arshad; Mohammad Rasheed Siddiqui; and Does 1–15,<br><br>      Defendants. | Civil Action No. 1:23-cv-03369-VEC<br><br>**<u>ORDER TO UNSEAL CASE</u>** |

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to maintain this matter under seal;

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to proceed under an anonymized caption; it is hereby

**ORDERED**, that this case is unsealed in its entirety;

**ORDERED**, that the Clerk of Court add Plaintiff Google LLC and Defendants Zubair Saeed, Raheel Arshad, Mohammad Rasheed Siddiqui, and Does 1-15 to the caption of this case;

**IT IS FURTHER ORDERED**, that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: April 25, 2023

      New York, New York

                                         SO ORDERED:

                                         _____
                                         HON. VALERIE E. CAPRONI
                                         UNITED STATES DISTRICT JUDGE