Case 1:23-cv-03369-VEC Document 5 Filed 04/25/23 Page 1 of 2
Case 1:23-cv-03369-VEC Document 5 Filed 04/25/23 Page 1 of 2

JUDGE CAPRONI

23 CV 03369

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Google LLC,

    Plaintiff,

-against-

Zubair Saeed; Raheel Arshad; Mohammad Rasheed Siddiqui; and Does 1–15,

    Defendants.

---

Misc. No.

**FILED UNDER SEAL**

**ORDER TO FILE
CIVIL CASE UNDER SEAL**

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED that this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this Order to the selected party viewing level and close this case.

This order authorizing sealed filing will expire 21 days from the date hereof absent extension by the assigned district judge.

Dated: April 21, 2023
New York, New York

SO ORDERED:

_____
LAURA TAYLOR SWAIN, Chief U.S.D.J.
PART I

1